IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF                    IN A BANKRUPTCY PROCEEDING
TALANNA S. PHILLIPS                 UNDER 11 USC CHAPTER 13
Debtor(s)                           No. 08B 34768
                                    Judge SQUIRES

## AGREED ORDER

AT CHICAGO, ILLINOIS THIS    DAY OF          , 2009.

THIS CAUSE coming to be heard on the motion of the creditor HOMEQ SERVICING

CORPORATION,  by and through it's attorneys Jaros, Tittle & O'Toole, Limited and the

Court being fully advised;

IT IS HEREBY ORDERED that the debtor shall tender $2,937.80 to the creditor

instanter, and will tender the regular monthly mortgage payment of $1,385.13 plus

$152.30 per month for a period of six  months, until current on all post-petition arrears.

The post-petition arrears consist of the March, 2009 mortgage payments of $1,385.13

plus $58.07 late charges for March, 2009 and attorney fees & costs of $600.00 and

deducting $1,129.35 in suspense total arrears of $913.65.

IT IS HEREBY ORDERED  that the Automatic Stay shall automatically be lifted

unless the default is cured as set forth above , and in  the event that the above captioned

debtor falls two post-petition mortgage payments in arrears to said creditor, beginning in

April, 2009, the Automatic Stay shall Automatically be lifted as to the creditor HOMEQ

SERVICING CORPORATION.

IT IS FURTHER ORDERED that debtor shall be allowed a 15 day grace period and

the creditor shall furnish a 10 day notice written notice of default to the debtors, to their

attorney and the standing trustee; the debtors shall have the right to cure a default within

the grace period by bringing all post-petition payments and late charges current through the month of tender and;

IT IS FINALLY ORDERED that the motion of the creditor to Dismiss or Modify the Automatic Stay be and is hereby withdrawn.

By: James E. Trausch
Of Jaros, Tittle & O'Toole, Limited
Attorney for HOMEQ SERVICING CORPORATION

Andrew Feldman
Attorney for Debtor

ENTER _____  MAR 23 2009
JUDGE

JAROS, TITTLE & O'TOOLE, LIMITED
20 North Clark Street
Suite #510
Chicago, Illinois 60602
(312) 750-1000
Our file #08-32935